BREYER took no part in the consideration or decision of this petition.

No. 97–1772. JONES ET VIR v. UNITED STATES. C. A. 9th Cir. Motion of petitioner Karyn Jones to substitute Joy Elaine Jones in place of Chris Jones, deceased, denied. Certiorari denied.

No. 97–1271. VISWANATHAN v. FAYETTEVILLE STATE UNIVERSITY BOARD OF TRUSTEES ET AL., 523 U. S. 1106;

No. 97–1633. IN RE COSSETT, DBA COSSETT CONSTRUCTION CO., INC., 523 U. S. 1092;

No. 97–7648. KING v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., 523 U. S. 1029;

No. 97–7658. MARTINEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 523 U. S. 1010;

No. 97–7728. JARVI v. MCCARTHY ET AL., 523 U. S. 1061;

No. 97–7732. JACKSON v. NEW YORK, 523 U. S. 1061;

No. 97–7791. WALTON v. PRINCETON BAPTIST MEDICAL CENTER, 523 U. S. 1062;

No. 97–7822. NARRON v. VANCE ET AL., 523 U. S. 1097;

No. 97–7861. TOEGEMANN v. PROCHASKA ET AL., 523 U. S. 1080;

No. 97–8046. HAYES v. WESTERN WEIGHING AND INSPECTION BUREAU, 523 U. S. 1084;

No. 97–8257. IN RE JOHNSON, 523 U. S. 1105;

No. 97–8285. SMITH v. TEXAS, 523 U. S. 1085;

No. 97–8541. IN RE VERBECK, 523 U. S. 1105;

No. 97–8555. ZEREBNICK v. BECKWITH MACHINERY CO., 523 U. S. 1111;

No. 97–8596. SALAZAR v. UNITED STATES, 523 U. S. 1112; and

No. 97–8618. IN RE GREEN, 523 U. S. 1105. Petitions for rehearing denied.

No. 97–1512. BANKHEAD v. MISSISSIPPI ET AL., 523 U. S. 1078. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 97–7049. MARTIN v. UNITED STATES, 522 U. S. 1067. Motion for leave to file petition for rehearing denied.